NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1529, -1555
(Opposition Nos. 91/122,072; 91/122,224; 91/122,193;
91/122,450; 91/122,712; and 91/150,237)

FIRST NIAGARA INSURANCE BROKERS, INC.,

Appellant,

v.

FIRST NIAGARA FINANCIAL GROUP, INC.,

Cross-Appellant.

Paul M. Fakler, Moses & Singer LLP, of New York, New York, argued for appellant.   With him on the brief were Martin Schwimmer and Amanda J. Schaffer.

Paul I. Perlman, Hodgson Russ LLP, of Buffalo, New York, argued for cross-appellant.  With him on the brief were Edwin T. Bean, Jr. and Ivan E. Lee.

Appealed from:    United States Patent and Trademark Office
                  Trademark Trial & Appeals Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1529, -1555
(Opposition Nos. 91/122, 072; 91/122,224; 91/122,193;
91/122,450; 91/122,712; and 91/150,237)

FIRST NIAGARA INSURANCE BROKERS, INC,

Appellant,

v.

FIRST NIAGARA FINANCIAL GROUP, INC.,

Cross-Appellant.

# Judgment

ON APPEAL from the     United States Patent and Trademark Office,
Trademark Trial and Appeal Board

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: _September 9, 2008_     / s / _Jan Horbaly_
                              Jan Horbaly, Clerk